UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY ALLAN SANFORD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Civil No. C20-6039-MLP<br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

On remand, the Commissioner will:

- Further develop the record, which may including obtaining consultative examinations;
- Offer the claimant the opportunity for a new hearing;
- As needed, obtain a pediatrician and/or a medical expert(s) to reassess the claimant's physical and mental impairments and functional limitations;

Page 1　　ORDER
　　　　　[C20-6039-MLP]

- Assess the opinions of record;

- Reassess whether the claimant has met, medically equaled, or functionally equaled the listings as a child or as an adult;

- Reassess the claimant's residual functional capacity;

- Obtain vocational expert evidence; and

- Issue a new decision.

The claimant shall be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 23rd day of April 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Alexis L. Toma
ALEXIS L. TOMA
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2950
Fax:  (206) 615-2531
alexis.toma@ssa.gov